In the Matter of HERMINA FORMAN et al., Doing Business as HALSEY WINE AND LIQUOR STORE, Appellants, v. NEW YORK STATE LIQUOR AUTHORITY et al., Respondents.

Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur. [52 Misc 2d 641.]